UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STANLEY CLEMENTS

CA 07-192ML

vs.

UNITED STATES OF AMERICA

ORDER

The Government is hereby ordered to file its response to the "Petition Under 28 U.S.C. § 2255 for Writ of Habeas Corpus by a person in federal custody." Said response will be filed on or before **June 15, 2007.**

SO ORDERED

Mary M. Lisi
Chief U.S. District Judge
May 25, 2007

Entered as an Order of this Court on May 25, 2007.

Barbara Barletta
Deputy Clerk