**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STANLEY CLEMENTS** | ) | |
| | ) | **CA. No. 07-192ML** |
| **vs.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |

**GOVERNMENT'S OBJECTION TO DEFENDANT'S**
**MOTION TO VACATE SENTENCE**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and hereby objects to defendant's Motion to Vacate for the reasons set forth in the accompanying Memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/S/ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email:zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 15th day of June, 2007, I caused the within Government’s Objection to Defendant’s Motion to Vacate Sentence to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice via regular mail, postage prepaid:

Stanley Clements
Reg#04744-070
Federal Correctional Institution
P.O. BOX 1000
Otisville, NY 10963

/s/ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email:zechariah.chafee@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| STANLEY CLEMENTS | : | |
| | : | |
| vs. | : | CA.NO.99-074ML |
| | : | |
| UNITED STATES AMERICA | : | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF IT'S OBJECTION TO DEFENDANT'S MOTION TO VACATE SENTENCE**

Petitioner Stanley Clements has filed a motion under 28 U.S.C. §2255 to vacate a sentence for which judgment was entered on February 8, 2000 in this court. He raises a number of issues. The problem with his petition, however, is that it is filed over seven years from the time the judgement entered in his criminal case. He had a one-year time frame to file his §2255 motion and failed to do so in that period. Nor has he set forth any facts which with due diligence could not have been ascertained within the one year period. Therefore his motion is out of time and this court has no jurisdiction for a decision on the merits. The motion must be dismissed.

In any event, his contentions are without merit. He has made no claim of actual innocence. He complains about the guideline calculation. Factually he is wrong. He seems to think that the net weight refers to the percentage of the seized cocaine base that is pure. The net weight refers to the weight without the packaging. The statute refers to a "mixture or substance" containing a "detectable amount" of cocaine base. The purity is not important. Furthermore, he did not object at the

time of sentencing or file a direct appeal. And the First Circuit has declined to hold retroactive the Booker case making the guidelines advisory. Cirilio-Munoz, 404 F3d 527 (1st Cir. 2005)

He argues that his counsel should have done more and that the lawyer was constitutionally ineffective. Whether or not the lawyer showed defendant the incriminating tapes is not important. Defendant knew about the tapes and did not insist on seeing them before deciding to plead guilty and receive the three point reduction in sentence for early acceptance. He also wrote a letter accepting responsibility for his actions.

Petitioner further argues that his lawyer should have sent an investigator to question the C.I. to whom petitioner sold the crack on two different days. Petitioner makes no showing that this move would have benefited him. There is likely no C.I. in the world would discuss anything about his work with a defense investigator anyway.

Last, Petitioner argues that his lawyer should have filed pretrial motions on his behalf. However petitioner never says

why the motions would have changed the outcome of the case. Not only in petitioner too late, but his motion is meritless on the substance.

Respectfully Submitted,

UNITED STATES OF AMERICA
By its Attorney's

/s/ Zechariah Chafee
ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2007, I caused the within Government's Memorandum in Support of It's Objection to Defendant's Motion to Dismiss to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice via regular mail, postage prepaid:

Stanley Clements
Reg#04744-070
Federal Correctional Institution
P.O. BOX 1000
Otisville, NY 10963

/s/ Zechariah Chafee

ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov